[No. 215-3.    Division Three.    February 23, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD F. ENG-
LAND, *Appellant.*

[No. 873-1. Division One—Panel 2. February 28, 1972.]

UNITED PACIFIC INSURANCE COMPANY, *Plaintiff*, v. PHILIP B. LUNDSTROM *et al.*, *Appellants*, MILMANCO CORPORATION, *Respondent*.

[No. 988-1. Division One—Panel 2. February 28, 1972.]

RICHARD G. HOLM, *Respondent*, v. LEONA W. HOLM, *Appellant*.

[No. 1081-1. Division Three. February 28, 1972.]